UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12-CR-2162-JAH |
| Plaintiff, | ) | **ORDER OF DISMISSAL OF INDICTMENT** |
| v. | ) | |
| MIGUEL JIMENEZ, | ) | |
| Defendant. | ) | |

Upon the United States' motion and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in Case No. 12-CR-2162 against defendant MIGUEL JIMENEZ be dismissed without prejudice.

DATED: October 24, 2012

JOHN A. HOUSTON
United States District Judge